Gordon Andrew Petersen, II   (SBN 279587)
drew@dpetersenlegal.com
LAW OFFICE OF DREW PETERSEN
17581 Irvine Boulevard, Suite 108
Tustin, California 92780
(714) 569-0043 tel
(714) 569-0289 fax

Attorney for Plaintiff
TECHSTOCK USA, LLC

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| **TechStock USA, LLC, a California limited liability company,**        Plaintiff;  v.  **RA's Merchandise, LLC, a New Jersey limited liability company, and Arlene Platteborze, an individual,**        Defendants. | Case No. : 8:17-cv-00853-DOC-JDE  **SECOND REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT ARLENE PLATTEBORZE** |
|---|---|

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff TechStock USA, LLC, hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Arlene Platteborze on the grounds that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant Arlene Platteborze on June 23, 2017, at 2:40 PM, as evidenced by the proof of service of summons filed concurrently herewith.

The above stated facts are set forth in the accompanying declaration of Gordon Andrew Petersen, II, filed herewith.

| | | |
|---|---|---|
| 1 | Respectfully submitted, | LAW OFFICE OF DREW PETERSEN |
| 3 | Dated: August 15, 2017 | /s/ Gordon Andrew Petersen, II |
| 4 | | Gordon Andrew Petersen, II |
| | | Attorney for Plaintiff, |
| | | TechStock USA, LLC |