Gordon Andrew Petersen, II  (SBN 279587)
drew@dpetersenlegal.com
LAW OFFICE OF DREW PETERSEN
17581 Irvine Boulevard, Suite 108
Tustin, California 92780
(714) 569-0043 tel
(714) 569-0289 fax

Attorney for Plaintiff
TECH STOCK USA, LLC

## THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tech Stock USA, LLC, a California limited liability company,**<br>             Plaintiff;<br>     v.<br>**RA's Merchandise, LLC, a New Jersey limited liability company, and Arlene Platteborze, an individual,**<br>             Defendants. | Case No. : 8:17-cv-00853-DOC-JDE<br><br>**NOTICE OF LODGING [PROPOSED] DEFAULT JUDGMENTS AGAINST DEFENDANTS RA'S MERCHANDISE, LLC, AND ARLENE PLATTEBORZE** |

   PLEASE TAKE NOTICE that Plaintiff Tech Stock USA, LLC hereby lodges the attached [Proposed] Default Judgments against Defendants RA's Merchandise, LLC, and Arlene Platteborze

Dated: March 22, 2018                                      /s/ Gordon Andrew Petersen, II
                                                                              Gordon Andrew Petersen, II
                                                                              Attorney for Plaintiff,
                                                                              TechStock USA, LLC