1  Gordon Andrew Petersen, II   (SBN 279587)
   drew@dpetersenlegal.com
2  LAW OFFICE OF DREW PETERSEN
   17581 Irvine Boulevard, Suite 108
3  Tustin, California 92780
4  (714) 569-0043 tel
   (714) 569-0289 fax
5
6  Attorney for Plaintiff
   TECH STOCK USA, LLC

JS-6

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tech Stock USA, LLC, a California limited liability company,**<br>　　　　　　Plaintiff;<br>　　v.<br>**RA's Merchandise, LLC, a New Jersey limited liability company, and Arlene Platteborze, an individual,**<br>　　　　　　Defendants. | Case No. : 8:17-cv-00853-DOC-JDE<br><br>**DEFAULT JUDGMENT** |

　　The Defendant RA's Merchandise, LLC, having failed to plead or otherwise defend in this action, and default having been entered, upon application by Plaintiff Tech Stock USA, LLC, to the Court, and upon declaration that Defendant RA's Merchandise, LLC, is indebted to Plaintiff in the principal sum of $206,011 plus prejudgment interest thereon in the amount of $18,625.53, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure,

　　IT IS HEREBY ORDERED, DECREED, AND ADJUDGED THAT Plaintiff Tech Stock USA, LLC, shall recover from Defendant RA's Merchandise, LLC, the sum of $224,636.53, jointly and severally with Defendant Arlene Platteborze, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

Dated: March 26, 2018

_David O. Carter_
David O. Carter, Judge
United States District Court